Nov. Term, 1860.

FILLSON v. SCOTT.

*Per Curiam.*—The judgment is affirmed.

*John S. Miller* for the State.

*S. A. Huff, Z. Baird*, and *J. M. La Rue*, for appellees.

---

### McCLAREN v. EVANS.

APPEAL from the *Allen* Common Pleas.

*Wednesday, December 5.*

*Per Curiam.*—Suit to foreclose a mortgage. Judgment by default. No motion to set aside, or correct judgment below.

The appeal is dismissed at the cost of appellant.

*John Morris*, for appellant.

---

### FILLSON v. SCOTT.

APPEAL from the *Huntington* Common Pleas.

*Wednesday, December 5.*

*Per Curiam.*—Proceedings supplementary to execution, under § 519, 2 R. S. 1852, p. 152. The complaint was not sworn to, as it should have been; nor was it sufficiently certain in describing what articles, and where, the defendant had, subject to execution; but these defects were waived by answer to the merits.

The Court found against the defendant, to the amount of $135, over the $300 exempt from execution.

We have not been able to find proof of the existence of the money in the defendant's hands.

The judgment is reversed, with costs. Cause remanded, &c.

*L. M. Ninde* and *H. N. Puckett*, for appellant.